**Tina M. GRACE; Larry Grace,**
**Plaintiffs–Appellants,**

v.

**C. Michael SPARKS; Michael Thornsbury, Defendants–Appellees,**

and

**Jay Lockard, individually and in their (former) official capacity; The West Virginia Supreme Court of Appeals; Steven D. Canterbury, its administrator; The Mingo County Commission, together with its present (and former) commissioner(s) and in their (his) official capacity; Greg Smith; John Mark Hubbard; Diane Hannah; David L. Baisden; Mingo County Board of Education, Defendants.**

No. 15–2536

United States Court of Appeals,
Fourth Circuit.

Submitted: August 31, 2016

Decided: September 9, 2016

Richard A. Robb, South Charleston, West Virginia, for Appellants. Philip B. Sword, William R. Slicer, Michael D. Dunham, Shuman, McCuskey & Slicer, PLLC, Charleston, West Virginia; Gary E. Pullin, Emily L. Lilly, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Charleston, West Virginia, for Appellees.

Before GREGORY, Chief Judge, and WILKINSON and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Tina and Larry Grace appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2012) complaint. Specifically, the Graces challenge the district court's dismissal of the claims against appellees C. Michael Sparks and Michael Thornsbury. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grace v. Sparks, No. 2:15–cv–01505, 2016 WL 4005902 (S.D. W. Va. Nov. 19, 2015 & July 25, 2016); see Stump v. Sparkman, 435 U.S. 349, 356–57, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978); Imbler v. Pachtman, 424 U.S. 409, 430–31, 96 S.Ct. 984, 47 L.Ed.2d 128 (1976). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED